**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAMILLE BAKER,<br><br>*Plaintiff*,<br><br>v.<br><br>SPRING OAKS CAPITAL SPV, LLC,<br><br>*Defendant*. | Case No.: 2:26-cv-02259 |

**NOTICE OF REMOVAL**

Defendant, Spring Oaks Capital SPV, LLC, ("SOC"), pursuant to 28 U.S.C. § 1331, § 1441, and § 1146, hereby gives notice of the removal of the above-styled action from the Court of Common Pleas of Allegheny County, Pennsylvania where it is now currently pending as Case No. AR-26-006851, to the United States District Court for the Western District of Pennsylvania. As grounds for removal, SOC states as follows:

**ALLEGATIONS OF THE COMPLAINT**

1. On September 22, 2026, Plaintiff Camille Baker ("Plaintiff") filed a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania, in the civil action styled *Camille Baker v. Spring Oaks Capital* SPV, LLC , Case No. AR-26-006851. *See* Complaint, a copy of which is attached hereto as Exhibit A.

2. On September 28, 2026 Plaintiff served the Complaint, asserting a single cause of action against SOC for an alleged violation of the Fair Debt Collection Practices

Act (“FDCPA”), 15 U.S.C. § 1692 et seq., in relation to SOC’s communications with Plaintiff. *See* Exhibit A.

**REMOVAL PROCEDURES**

3. In accordance with 28 U.S.C. § 1446(a), a copy of all “process, pleadings, and orders” received by SOC is attached hereto as Exhibit A.

4. Plaintiff served the Complaint on September 28, 2026, asserting a single cause of action under the FDCPA. *See* Exhibit A.

5. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(3).

6. Jurisdiction of this action is based upon 28 U.S.C. § 1331, § 1441, and § 1146, as amended. This Court has original federal question jurisdiction under 28 U.S.C. § 1331 on the grounds that the Complaint purports to allege a cause of action under the FDCPA.

7. Pursuant to 28 U.S.C. § 1441(a), this action is properly removable to this Court, which is the United States District Court for the district embracing Allegheny County, Pennsylvania where the state court action is pending. *See* 28 U.S.C. § 81(a)(3).

8. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff on this date and a copy of this Notice of Removal is being filed with the Clerk of Court for Allegheny County, Pennsylvania.

## FEDERAL QUESTION JURISDICTION

9. This action presents a federal question on its face by asserting a claim against SOC under the FDCPA, which is a federal consumer protection statute. *See* Complaint; *see also* 15 U.S.C. § 1692, et seq.

10. Accordingly, Plaintiff's federal claims all arise under the laws of the United States and could have been originally filed in this Court.

## SATISFACTION OF REMOVAL PREREQUISITES

11. Because this Notice of Removal was filed within 30 days of receipt by SOC of the Complaint, the removal is timely under 28 U.S.C. § 1446(b)(1).

12. The prerequisites for removal set forth in 28 U.S.C. § 1441 have been met.

13. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

14. A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, will be promptly filed with the Clerk of Court for the Court of Common Pleas of Allegheny County.

15. The allegations in this Notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Western District of Pennsylvania, and this cause is removable to the United States District Court for the Western District of Pennsylvania.

16. Should any question arise as to the propriety of the removal of this action, SOC respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this case was properly removed.

## CONCLUSION

For the reasons set forth above, SOC respectfully requests that this action be, and is hereby, removed to this Court, that this Court assume jurisdiction of this action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal. By filing this Notice of Removal, SOC demonstrates its consent to the removal of this action to this Court and, upon receipt of this Notice, no further action shall be taken in the Court of Common Pleas of Allegheny County.

Dated: October 19, 2026

*/s/ Ross S. Enders*

Ross S. Enders, Esq.
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, GA 30096
Phone: 678-253-1871, ext. 202
renders@bedardlawgroup.com

*Counsel for Defendant Spring Oaks Capital SPV, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 19, 2026 the foregoing document was submitted to the Court for filing via the Court's ECF/CMF filing system which will send notification of such filing to all attorneys and parties signed up to receive them.

I declare that the foregoing statement is true to the best of my knowledge and belief.

*/s/ Ross S. Enders*
Ross S. Enders, Esq.